IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUICKFRAME SYSTEMS, INC.,<br>a Nevada Corporation<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY J. GODINA; and<br>DOES 1-10, inclusive,<br><br>        Defendants.<br>_____/ | No. 2:10-cv-02599 JAM KJN PS<br><br><u>ORDER DENYING REFERRAL OF</u><br><u>ACTION TO VOLUNTARY DISPUTE</u><br><u>RESOLUTION PROGRAM</u> |

       The parties have expressed their willingness to participate in the Voluntary Dispute Resolution Program.  (Stip. and Prop'd Order, Dkt. No. 11.)  The undersigned appreciates the parties' willingness to attempt to resolve the dispute.  Unfortunately, the undersigned cannot refer this matter to the Voluntary Dispute Resolution Program ("VDRP") at this time, because the court's docket and the parties' stipulation (Dkt. No. 11) reflect that defendant Anthony J. Godina is proceeding without counsel and appearing pro se in this dispute.  Eastern District Local Rule 271(a)(2)(ii) provides that civil disputes can be referred to VDRP "except. . . actions in which one of the parties is appearing pro se."

       While the undersigned cannot refer the dispute to VDRP at this time, however, the undersigned would certainly entertain a stipulated request for an early settlement conference in

accordance with Eastern District Local Rule 270.  Pursuant to Local Rule 270(b), such a stipulated request could also include all parties' affirmative requests that the assigned Magistrate Judge participate in the settlement conference and, further, could include all parties' written waivers of any claims of disqualification to the assigned Magistrate Judge acting in the case thereafter.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The parties' request for referral to the Voluntary Dispute Resolution Program is denied pursuant to Eastern District Local Rule 271(a)(2)(ii).

IT IS SO ORDERED.

DATED:  February 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN:mso