IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUICKFRAME SYSTEMS, INC.,             No. 2:10-cv-02599 JAM KJN PS
a Nevada Corporation

       Plaintiff,

   v.

ANTHONY J. GODINA; and
DOES 1-10, inclusive,

       Defendants.                    <u>ORDER</u>
_____/

       On April 28, 2011, this matter was set for a status conference before the undersigned. Attorney Stephen Hamilton attended on behalf of plaintiff Quickframe Systems, Inc. ("Quickframe" or "plaintiff"). Defendant Anthony J. Godina, proceeding without counsel, attended on his own behalf.[1] During the status conference, the court reminded defendant of his obligation to provide plaintiff with his initial disclosures pursuant to Federal Rule of Civil Procedure 26(a).

       As discussed on the record during the status conference, the parties agreed to

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), and was referred to the undersigned by an order entered October 8, 2010. (Dkt. No. 8.)

participate in an early settlement conference before the undersigned on June 28, 2011, at 9:00 a.m.  On the record during the status conference, both parties verbally consented to having the undersigned serve as the settlement judge.  Accordingly, by May 12, 2011, the parties are ordered to file documents confirming such consent and waiving any claim of disqualification, in writing, pursuant to Local Rule 270(b).

As also discussed on the record during the status conference, a review of the court's docket to date reflects that neither party has filed the requisite "Consent to/Decline of Jurisdiction of United States Magistrate Judge" forms.  The forms were attached to the Civil New Case Documents and can be reprinted from the court's docket at Docket Number 5.  Both parties are ordered to complete and file the form by May 12, 2011, so that the undersigned may issue a Status (Pretrial Scheduling) Order including setting this case for trial before the appropriate judge.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. An early settlement conference between the parties will take place before the undersigned on June 28, 2011, at 9:00 a.m., in Courtroom 25.

2. By May 12, 2011, both parties shall file documents confirming, in writing, their consent to have the undersigned serve as the settlement conference judge and waiving any claim of disqualification pursuant to Local Rule 270(b).

3. By May 12, 2011, both parties shall file completed "Consent to/Decline of Jurisdiction of United States Magistrate Judge" forms.

**IT IS SO ORDERED.**

DATED: April 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE