GLENN W. PETERSON, ESQ. (SBN 126173)
STEPHEN R. HAMILTON, ESQ. (SBN 243787)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone: 916-780-8222
Fax:    916-780-8775

Attorneys for Plaintiff
Quickframe Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUICKFRAME SYSTEMS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY J. GODINA; and DOES 1 - 10, inclusive,<br><br>Defendants. | No. 2:10-CV-02599-JAM-KJN<br><br>**JUDGMENT FOR MONEY AND PERMANENT INJUNCTIVE RELIEF**<br><br>DATE:  June 28, 2011<br>TIME:   10:30 a.m.<br>DEPT.:  25<br>Magistrate Kendall J. Newman<br><br>Complaint Filed:  September 23, 2010<br>Trial Date:           August 6, 2012 |

A court-supervised settlement conference was had at the above-referenced time and place, Magistrate Judge Kendall J. Newman, presiding.  Pursuant to a settlement agreement reached therein, the material terms of which were recited on the record in court, and the further Stipulation For Entry of Judgment thereafter filed by the parties [Doc No. 25], the Court now orders that judgment be entered in favor of Plaintiff as follows:

    1.    That Plaintiff exclusively possesses all rights to reproduce, sell, distribute and sub-license the copyrighted works underlying this lawsuit and protected by the following certificate of registration: TX-0003-380-345 (dated Nov. 13, 1991); Title: Quick Frame Software Package (herein "copyrights in suit").

    2.    That the copyrights in suit are valid and enforceable.



PDF created with pdfFactory trial version www.pdffactory.com

3. That Defendant be permanently enjoined and shall now and henceforth cease and desist using, running, downloading or reproducing any version of Plaintiff's Quick Frame software (both Estimating and Teleprice versions), except as permitted by paragraph 5 below.

4. That Defendant be permanently enjoined and hereafter prohibited from engaging in any acts or conduct that would infringe Plaintiff's copyrights in suit, including without limitation aiding or abetting others to do so.

5. Defendant is further ordered and hereafter required to notify Plaintiff, in writing, if he is in the future given access to any of Plaintiff's Quick Frame software as part of his job duties with any future employer(s).

6. Defendant shall pay Plaintiff the sum of $7,500, due and payable forthwith, but subject to an agreed stay of execution by Plaintiff for a period of six months following the date of entry of this judgment. Post judgment interest shall accrue at the rate of 7% per annum until the amount is paid in full. Except as stated here, each party will bear their own costs.

7. The fictitiously-named "Doe" defendants are hereby dismissed.

**JUDGMENT IS HEREBY ENTERED ACCORDINGLY.**

**SO ORDERED.**

DATED: July 6, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com