IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUICKFRAME SYSTEMS, INC.,
a Nevada Corporation

      Plaintiff,

  v.

ANTHONY J. GODINA; and
DOES 1-10, inclusive,

      Defendants.
_____/

No. 2:10-cv-02599 JAM KJN PS

ORDER

On June 6, 2011, the court issued an Order To Show Cause (the "OSC") directing defendant Anthony J. Godina to show cause in writing why he should not be sanctioned for violating two previous court orders requiring him to file certain documents with the court.[1] (OSC, Dkt. No. 19.) To date, defendant has not complied with the OSC; however, a stipulated judgment has since been entered in this case. (Dkt. No. 27.)

////

////

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1), and was referred to the undersigned by an order entered October 8, 2010. (Dkt. No. 8.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's Order to Show to Cause (Dkt. No. 19) is discharged.

IT IS SO ORDERED.

DATED: July 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE